**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| **INSECTARIUM AND BUTTERFLY PAVILION, INC.** | : | NO. 23-10675 (PMM) |
| Debtor. | : | |

## ORDER

AND NOW, this  12th  day of  April , 2023, upon consideration of Steven Rubin, Executor of the Estate of Milton Rubin's Motion for Relief from the Automatic Stay, after notice and a hearing, and after consideration of papers in opposition to the motion (if any), it is hereby

ORDERED that the automatic stay imposed by Section 362 of the Bankruptcy Code is hereby terminated and lifted to permit Steven Rubin, Executor of the Estate of Milton Rubin to proceed with his state court remedies and foreclose on the property located at 8046-8048 Frankford Avenue, Philadelphia, PA 19136; and it is further

ORDERED that notwithstanding Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, and for cause shown, this Order is not stayed and is effective immediately; and it is further

ORDERED that Steven Rubin, Executor of the Estate of Milton Rubin is granted prospective relief from any automatic stay that might be triggered by any future bankruptcy petition that Insectarium and Butterfly Pavilion, Inc. might file.

*Patricia M. Mayer*
_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge