IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| INSECTARIUM AND | : | BANKR. NO. 23-10675-pmm |
| BUTTERFLY PAVILION, INC., | : | |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING CASE**

AND NOW, this <u>12th</u> day of April, 2023, upon consideration of the U. S. trustee's Motion to Dismiss, and the response of the Debtor, if any, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED and this case is hereby DISMISSED.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge